# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| IAN MICHAEL SMITH; EILEEN A. SMITH,<br><br>Plaintiffs,<br><br>v.<br><br>DITECH FINANCIAL LLC; SELECT PORTFOLIO SERVICING, INC.; THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS INC. ASSET BACKED CERTIFICATES, SERIES 2007-2,<br><br>Defendants. | Case No. EDCV 18-1411 JGB (SHKx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrent herewith,

IT IS HEREBY ADJUDGED that Plaintiffs' First Amended Complaint is dismissed as to Defendant Ditech Financial LLC without leave to amend. This

///

action is dismissed with prejudice as to Defendant Ditech Financial LLC.

Dated: November 5, 2018

_____
THE HONORABLE JESUS G. BERNAL
United States District Judge